JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI,<br><br>        Plaintiff,<br><br>v.<br><br>9733 GLENDORA CA-CAM, L.P.,<br><br>        Defendant. | Case No. CV 20-08453-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 4, 2021

                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE